# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00215-CV

**F. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 20-1555, THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant F. M. filed his notice of appeal on May 4, 2021. The appellate record was complete on May 14, 2021, making appellant's brief due on June 3, 2021. On June 2, 2021, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Amanda J. Wilhelm to file appellant's brief no later than June 23, 2021. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on June 8, 2021.


Before Justices Goodwin, Triana, and Kelly